UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 1:15-057 |
| | ) | |
| JOEY RUSTLE STRONG | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**John R. Taylor,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** John R. Taylor be granted leave of absence for the following period: **August 5, 2015 through August 10, 2015; August 31, 2015 through September 1, 2015; September 24, 2015; October 15, 2015 through October 16, 2015; and October 30, 2015.**

This 17th day of July, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia